IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMETRIUS J. BROWN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 21-1735 |
| | : | |
| v. | : | |
| | : | |
| RESOURCES FOR HUMAN DEVELOPMENT, KAILO HAVEN SHELTER, JAMES MCPHAIL, TAHIR HIGHTOWER, ANGELICA LEE, and CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 11th day of June, 2021, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 1) and the complaint (Doc. No. 2) filed by the *pro se* plaintiff, Demetrius J. Brown; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2. The complaint (Doc. No. 2) is **DEEMED** filed;

3. The complaint is **DISMISSED** as follows:

    a. The plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for the failure to state a claim; and

    b. The plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** to the plaintiff pursuing them in the appropriate state court; and

2

4. The clerk of court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.